UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WENGER S.A.,<br><br>         Plaintiff,<br><br>  -against-<br><br>TRAVELERS CLUB LUGGAGE, INC.,<br><br>         Defendant. | 24-cv-1666 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

 This case was just reassigned to me. Because the Court has already entered a case-management plan and the Court refers this case to Magistrate Judge Aaron for settlement in an accompanying order, the July 16 initial conference is CANCELED.

 SO ORDERED.

Dated: June 18, 2024
   New York, New York

                  ARUN SUBRAMANIAN
                  United States District Judge